# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MENDOZA, <br> Plaintiff. <br> v. <br> MV TRANSPORTATION, INC., <br> Defendant. | Case No. 16-cv-04005-TEH <br><br> **JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

**MV Transportation, Inc.'s motion for summary judgment is GRANTED, and Mendoza's motion for partial summary judgment is DENIED.**

Dated: 7/12/2017

Susan Y. Soong, Clerk

By: *Tracy Geiger*
Tracy Geiger
Deputy Clerk